**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 341 MAL 2018
                :
             Respondent : 
                : Petition for Allowance of Appeal from
                : the Order of the Superior Court
             v. :
                :
                :
OMAR ALI ROLLIE, :
                :
             Petitioner :

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.